FILED
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

1 | Amrane Cohen, Chapter 13 Trustee
    770 The City Drive South, Suite 3300
2 | Orange, CA 92868
    Phone (714) 621-0200
3 | Fax   (714) 621-0277

4 | **United States Bankruptcy Court**
    **Central District of California**

6 | ) Chapter 13
    )
7 | CHRISTIAN KLYTTA                  ) Case No.: 8:04-bk-14153-TA
    )
8 | DON TH KLYTTA                     ) **NOTICE OF UNCLAIMED DIVIDEND**
    ) (Bankruptcy Rule 3010)
9 | )
10 | )
    )
11 |

12 | TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13 | Please find annexed hereto Check No. **300683** in the sum of **$1.79**

14 | representing an unclaimed dividend in the above-entitled Debtor's estate.

15 | Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name and

16 | address of the party entitled to said unclaimed dividend is as follows:

17 | CHRISTIAN KLYTTA
    DON TH KLYTTA
18 | 2060 NEWPORT BLVD
    SPACE 21
19 | COSTA MESA, CA 92627

21 | Date: February 14, 2010    _____
                                Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0414153 | CHRISTIAN & DON TH KLYTTA ACCT: | Claim: 00000 | XXX-XX-3947 XXX-XX-1727 | 1.79 | 0.00 | 1.79 |
| | | | TOTALS | 1.79 | 0.00 | 1.79 |

CHRISTIAN KLYTTA
DON TH KLYTTA
BALANCE:        [0.00  13/00000]
SSN: XXX-XX-3947    SSN: XXX-XX-1727
ACCT:                        CASE: 0414153
PRINCIPAL:        1.79    INTEREST:        0.00

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300683

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$1.79

**PAY**   One And 79 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.) & DON TH KLYTTA*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑆0300683⑆ ⑈061100790⑈ 000000575186 2⑈